20 F.3d 1489w
 64 Fair Empl.Prac.Cas. (BNA) 1111,
64 Empl. Prac. Dec. P 42,999, 62 USLW 2755
 ENSLEY BRANCH, N.A.A.C.P.; Donald Nixon; William Moss;
Alvin Mahaffey, Jr.; et al., Plaintiffs,
Birmingham Fire Fighters Association 117; Birmingham
Association of City Employees; et al., Intervenors,
v.
George SEIBELS, individually and as Mayor of the City of
Birmingham, et al., Defendants.
John W. MARTIN; Major Florence; Ida McGruder; Sam Coar;
et al., Plaintiffs,
Birmingham Fire Fighters Association 117; Birmingham
Association of City Employees; Billy Gray; et
al., Intervenors,
v.
CITY OF BIRMINGHAM; George C. Seibels, Jr.; Mayor of
Birmingham; Jefferson County Personnel Board; et
al., Defendants.
UNITED STATES of America, Plaintiff-Appellant,
Birmingham Fire Fighters Association 117; et al., Intervenors,
Robert K. Wilks; James A. Bennett; Floyd E. Click; James
D. Morgan; Joel Alan Day; et al.,
Plaintiffs-Intervenors-Appellants,
v.
JEFFERSON COUNTY, et al., Defendants,
City of Birmingham; and George G. Seibels; et al.,
Defendants-Appellees.
 No. 91-7799.
 United States Court of Appeals,
Eleventh Circuit.
 May 4, 1994.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION